

RECEIVED

JAN 0 4 2008

JAN 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marcus Conner

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Chicago Police Dept. Station
3151 W. Harrison Also OPS
for looking the other way of
Chicago Police Officer's For there names badge No#
To be Subpoena for there role in Police Misconduct, And the Arresting officers.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV86
JUDGE KENDALL
MAG. JUDGE COX**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Marcus Conner

B. List all aliases: _____

C. Prisoner identification number: 20070067573

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Chicago

Title: City of Chicago

Place of Employment: City Hall

B. Defendant: Chicago Police officers To be subpoena their names

Title: Police officers

Place of Employment: 3151 W. Harrison Police Dept.

C. Defendant: Chicago Police officer

Title: O.P.S

Place of Employment: 3510 S. Michigan Ave.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( )   NO ( )   If there is no grievance procedure, skip to F.

*N/A*

B. Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO ( )   *N/A*

C. If your answer is YES:   *N/A*

   1. What steps did you take?

   *N/A*

   2. What was the result?

   *N/A*

   3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   *N/A*

D. If your answer is NO, explain why not:

   *N/A*

E. Is the grievance procedure now completed? YES ( ) NO ( )   N/A

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )   N/A

G. If your answer is YES:

   1. What steps did you take?   N/A

   _____

   _____

   2. What was the result?   N/A

   _____

   _____

H. If your answer is NO, explain why not:   N/A

   _____

   _____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The City of Chicago police officers from the Department of Harrison & Kedzie Station. The officer has giving false arrest, harrassment, Police misconduct, Police Brutality and abuse of power to do at will what they want, when they want, and to whom they want to harm. They violated my Civil Rights as a Citizen of the United States America. 4-5-8-14th Amendment of the Constitution was inflicted on me because of the Chicago Police officer's abuse there power and misconduct to do bodily harm. I fear for the safety of my life when I'm released from here. The Judges and State's Attorney's look the other way when it comes to police misconduct. By the officers writting up false police reports, the Court's have no choice but to believe them even though they know they be lying all the time to no avail. The Judges and the State's Attorney's always go's with what ever they say as long as it's a man with a back ground, on probation, or on parole because they know they will cop out for time. Nobody cares about the police abusing there power to up hold the law, They break the

6

Same law they suppose to uphold anyway. They don't uphold the law as a Citizen of the United States of Amercia. These individuals need to stop hurting people and causing me pain for the wrong doing of breaking the same law they took a Oath to uphold. The abuse that the Chicago Police Department uses need to Stop. Because they have the power to kill someone like myself and get away with Murder thats really scaredy. "Real talk" its true and the Citizens of Chicago already witness it, because we all see it unfold before our own eyes. I seek and request Justice against the Chicago Police Department and that is why I filed a complaint against them. I truly believe more will file a complaint out of fear for there life. For the simple fax these individuals continue to break the Oath to uphold the law they swore by!

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be conpensated for physcial pain and hurt Mental suffering of physcial fear for my life One. Five Million Dollars

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Marcus Conner_
(Signature of plaintiff or plaintiffs)

_Marcus Conner_
(Print name)

_200700067573_
(I.D. Number)

_P.O. Box 089002_
_Chicago, ILL. 60608_
(Address)

Revised 9/2007