

PRISONER CASE



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**Plaintiff(s):** MARCUS CONNER

**Defendant(s):** CITY OF CHICAGO, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Marcus Conner
#2007-0067573
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

JAN 0 4 2008
FILED
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Defendant's Attorney:**

08CV86
JUDGE KENDALL
MAG. JUDGE COX

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 01/04/2008