**FILED**
JAN 0 4 2008   JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Marcus Conner

v.

Defendant(s) City Of Chicago, Chicago Police Dept, 3151 W. Harrison Also O.P.S, The Arresting Police Officers

To be Subpoena

08CV86
JUDGE KENDALL
MAG. JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Marcus Conner, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]: Mitchell Bolden, Eric A. Mitchell 54 N. Kayode R. Idris Esq 4554 North Broadway Suite 258 Chicago, Ill 60640 Ottawa Street. Suite 245 Joliet, Ill. 60432 John Fitzgerald Lyke Jr. Law Office of John F. Lyke 1505 E 53rd St. Suite 200 Chicago Ill 60615

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Marcus Conner_
Movant's Signature

_P.O. Box 089002_
Street Address

_Chicago, Ill. 60608_
Date / City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | N/A | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | N/A | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | N/A | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |

| Assigned Judge: | N/A | Case Number: |
|---|---|---|
| Case Title: | | |
| Appointed Attorney's Name: | | |
| If this case is still pending, please check box | ☐ | |