RECEIVED

FEB 05 2008
2-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marcus Conner

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

P.O. Cautch #14228

Chicago Police Dept. Station

3151 W. Harrison & Kedzie

Chicago IL, 60623

Case No: 08 C 86
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        AMENDED

✓        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Marcus Conner

    B. List all aliases: _____

    C. Prisoner identification number: #20070067573

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: P.O. Cautch #14228

    Title: Chicago Police Dept. Station

    Place of Employment: City Hall

    B. Defendant: Chicago Police Officer Cautch #14228

    Title: Police Officer

    Place of Employment: 3151 W. Harrison & Kedzie Police Dept.

    C. Defendant: Chicago Police Officer P.O. Cautch #14228

    Title: O.P.S.

    Place of Employment: 3510 S. Michigan Ave.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: _N/A_

B.  Approximate date of filing lawsuit: _N/A_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.  List all defendants: _N/A_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.  Name of judge to whom case was assigned: _N/A_

G.  Basic claim made: _N/A_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.  Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The City of Chicago police officer from Department 3151 W. Harrison & Kedzie Police Station. On the above date, On Sept 25, 2005. I was beat'in with a long metal object by Officer Cautch #14228 on different occasion. Which resulted with me ended up in St. Anthony Hospital 2871 W. 19th St. With several injuries to my face. I receive several stiches above My left eye in a punture wound to my lower right leg. Officer Cautch #14228 drove me to St. Anthony Hospital. Then we had arrive at St. Hospital he started to beat me again. Officer Cautch #14228 kept saying to me, you ain't going to do it any More "nigger"! Officer Cautch #14228 he had put some drugs on me. But the Judge threw out the possession charge. Oct 25, 2005 I had filed a complaint on officer Cautch #14228 in Oct, 2005. With O.P.S which it was Documented with they Services. Now on Aug 3, 2006 I took my time on a case officer Cautch #14228 was involved in. I was sentence to 4 years. I just recently parole on Aug 8, 2007 from IDOC. On Sept 5, 2007. I was with my children Mother at

the time. She let me out of the car to go into the store to buy myself some cigarette's. The store is located on 156 S. Kildare. I was on my way out of the store. A police officer car pulls up in tells me to come to the car. The officer who told me to come to the car was officer Cautch #14228. Officer Cautch #14228 get's out of the car in put me in my brother in-law in hand cuffs. He was also standing there with me. Officer Cautch #14228 put him in me in the police car. In started to search outside around the store in on the ground, But officer cautch #14228 never found any drugs around the store or on me or on my brother in-law. Officer Cautch #14228 let my brother go because he don't have a back ground, in he's not on parole like I am. Officer Cautch #14228 foces this case uppon me on Sept 5, 2007. This is the case I'm currently lock up for now! By officer cautch #14228

Officer Cautch #14228 violated my civil rights as a citizen of the united states Amercia. My 4-5-8-14th Amendment of the consititution was inflicted on me because of the Chicago Police officer's abuse there power

and misconduct to do bodily harm to me. I fear for the safety of my life when I'm released from here. Officer Cautch #14228 writting up false police reports, the courts have no choice but to believe him eventhough he be lying to have no avail. Nobody care's about the police abusing there power to up hold the law. As officer Cautch #14228 break the same law he suppose to up hold anyway! Officer Cautch #14228 don't up hold the law as a citizen of the united states of Amercia. This individual Officer Cautch #14228 need to stop hurting people and causing me pain for the wrong doing of breaking the same law that he took a Oath to up hold. The abuse need to stop! Officer Cautch #14228 he has the power to kill some one # like myself and get away with murder that's really scaredy. It's the true and the citizens of Chicago already witness it, because we all see it unfold before our own eye's. I seek and request Justice against officer Cautch #14228 and that's is why I filed a complaint against him. I believe more will file a complaint out of fear for there life. For the simple Fax officer Cautch #14228 keep continuing to break the Oath to up hold the law that he swore by!

6

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be conpensated for physcial pain and hurt Mental Suffering of physcial fear for my life. I will like if officer cautch #14228 get dismiss from has Job position.
2. Five Million Dollars

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Jan_ day of _23_, 20_08_

_[signature]_
(Signature of plaintiff or plaintiffs)

_Marcus Conner_
(Print name)

_20070067573_
(I.D. Number)

_P.O. Box 089002_
_Chicago, Ill. 60608_
(Address)