MHh

Case # 08C86

**Change of Address**

To whom it may Concern:  2-15-08

I am Marcus Conner. I was just currently lock up for a possession with intent to deliver. "With no drugs". Well I recently was release from Cook County Jail. Me as the plaintiff I was writting to informa the clerk of the U.S. District court "know I was release from Cook county Jail. I'm writting to give my current address. That is on the envelope. So you can contact me for any "Stat" of my case. To let the clerk know I as a plaintiff I was found not guilty of a possession with intent to deliver. of that case was faces uppon me. I Just wanted to informe you of my new address. What is my first court date? My case number # is #08C86 Please contact me at this current address as soon as possible!

2325 W. Warren Apt B
Chicago IL, 60604

Thank you!

Marcus Conner

FILED
2-19-2008
FEB 19 2008

2-15-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT