# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 86 | **DATE** | February 28, 2008 |
| **CASE TITLE** | Marcus Conner v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Marcus Conner, has notified this court that he has been released from Cook County Jail. [10]  As Plaintiff is no longer incarcerated, he is directed to file a renewed application to proceed *in forma pauperis* regarding his current financial/employment status within 30 days of the date of this order.  *See Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir.1997).  The clerk is directed to mail to Plaintiff at his current address an *in forma pauperis* application along with a copy of this order.  Failure to submit another *in forma pauperis* application within 30 days may result in dismissal of this case.

Docketing to mail notices.

isk