# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 86 | **DATE** | March 28, 2008 |
| **CASE TITLE** | Marcus Conner (#2007-0067573) v. City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Marcus Conner, has filed an Amended Complaint and a new *in forma pauperis* application in accordance with the Court's orders of 2/5/08 and 2/28/08. The Court grants plaintiff's motion to proceed *in forma pauperis* [12], and plaintiff need not pay the remainder of the filing fee at the present time. Plaintiff may proceed with his claims against defendant, Chicago Police Officer Cautch. The clerk shall issue summons for this defendant, and the United States Marshal is appointed to serve this defendant with the Amended Complaint [7]. The clerk shall forward to plaintiff Instructions for Submitting Documents in this Court and a Consent to Magistrate Judge Form.

■ **[For further details see text below.]**                                                                    Docketing to mail notices.

## STATEMENT

    Plaintiff, Marcus Conner, previously incarcerated at Cook County Jail, has submitted an Amended Complaint, alleging claims of excessive force and false arrest against Chicago Police Officer Cautch. A preliminary review of the Amended Complaint reveals that plaintiff has sufficiently stated claims against Officer Cautch to allow this case to proceed forward. *See* 28 U.S.C. § 1915A.

    Additionally, plaintiff has submitted another *in forma pauperis* application, demonstrating his inability to pay as a nonprisoner. Finding that plaintiff has neither the funds nor means to pay the filing fee, the Court grants him *in forma pauperis* status. Plaintiff need not pay the filing fee at the present time to proceed with this case. However, having brought this action while incarcerated, plaintiff is responsible for the filing fee, and may be made to pay it in the future, if he obtains the means to do so. *Robbins v. Switzer*, 104 F.3d 895, 898 (7th Cir. 1997).

    The United States Marshals Service is appointed to serve Chicago Police Officer Cautch, Star #14228, with the Amended Complaint. Any service forms necessary for plaintiff to complete will be sent by the Marshal as appropriate to serve defendant with process. The Marshal is directed to make all reasonable efforts to serve defendant. With respect to any former employee who can no longer be found at the work address provided by plaintiff, officials with the Chicago Police Department shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service, or to show proof of service should a dispute arise. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

    Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to the defendant or, if represented by counsel, to counsel for defendant. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff.

isk