# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number:   08 C 0086

Marcus Connor, Plaintiff

v.

City of Chicago, et al., Defendants


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

Zachary Cuatchon, Defendant


| | |
|---|---|
| NAME (Type or print) <br> Gail L. Reich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gail L. Reich | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06279564 | TELEPHONE NUMBER <br> 312-744-1975 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |