IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS CONNOR, | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 0086 |
| v. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE COX |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Chicago Police Officer Zachary Cuatchon,("Defendant"), by his attorney, Gail L. Reich, Assistant Corporation Counsel, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until July 31, 2008, and in support thereof states:

1. Plaintiff filed his complaint on January 4, 2008.  The complaint alleges federal claims under 42 U.S.C. § 1983 against Defendant Cuatchon.

2. Defense counsel needs additional time meet with and interview Defendant Cuatchon, and to obtain and review the relevant documents prior to filing the responsive pleading. Therefore, Defendant requests until July 31, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

3. This is Defendant's first request for an extension.  This extension request is not made to delay the proceedings, but only to allow Defendant an adequate opportunity to respond to the allegations in plaintiff's amended complaint.  No prejudice will come to plaintiff as a result of this court granting Defendant's motion.

1

      WHEREFORE, Defendant requests this court to enter an order granting an extension to July 31, 2008, to answer or otherwise plead in response to Plaintiff's amended complaint.

                Respectfully submitted,

                GAIL L. REICH
                **/s/ *Gail L. Reich***
                Assistant Corporation Counsel
                Attorney for Defendant Zachary Cuatchon

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564