**FILED**

JUL 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it May Concern: Jul 7, 2008 6-18-08

08C86

On My behalf I am writing this letter really concern about my well beings. I am Marcus Conner. I have a civil suite pending right now against the Chicago police officer & the Chicago police Department for false arrest, police Burtality ... The last time I wrote to you all, I was just getting release from Cook County Jail. I made it home. And I wrote you guy's a letter about what had happen with my case. Well as from that last letter I was found not guilty on that case! Well you already know that! But My point being! Right at this moment of time I really don't have all my information at hand right now. like my case number # in things like that! Because I'm sitting in Mt. Sterling correctional- center. Besides I'm in IDOC custody. When I was release from Cook County Jail I was on parole, So My parole officer said I Had voilated my parole by getting lock up for that case, officer Cautch put on me! I am still Suffering from that case. I feel ain't nonthing being "Done" about, becides me getting the short end of the stick. I won't stop intil I feel safe and it's Justify! I can't enjoy my freedom when I was Release, Now I'm back in prison. To make a long →

(back side)

story short... My parole officer had to bring me back to IDOC to see the parole board. Now I'm doing my parole time. Which is a few months soon as I get my out date I will be sure to inform you. Sorry for taking awhile to inform you on my where abouts. I am hopeing you can inform me on the status of my case? Right now I will like for you to give me up dates in status about this case. I'm a little uninform about the case. I haven't receive not one # letter from you at 219 S. Dearborn about my case. when I wrote you all from my home address 2325 W. Warren. That's when I was release from Cook County Jail that was a few months ago. please inform me on the status of my case. I know I miss-out on or can I say, The letters I didn't receive or any of the paper work or should I have my lawyer to come down there to your office's and talk buiness! Thank you for taking time out to hear my request. Could you please contact me as soon as possible, My information on the invelope!

Marcus Tournier #R03139

6-18-08