IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS CONNER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 0086 |
| v. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE COX |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Chicago Police Officer Zachary Cuatchon, by his attorney, Gail L. Reich, Assistant Corporation Counsel, ("Cuatchon"), moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint until September 30, 2008, and in support thereof states:

1. Plaintiff filed his Amended Complaint on March 28, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 against Cuatchon on two separate occasions.

2. Defense counsel has not yet received all the documents and transcripts necessary in order to file the responsive pleading. Counsel is hopeful that all documentation and transcripts will be received within a reasonable period of time. Therefore, Cuatchon requests until September 30, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

3. This is Cuatchon's second request for an extension of time. This extension request is not made to delay the proceedings, but only to allow Defendant and counsel an adequate opportunity to receive and review the relevant documents and respond to the allegations in Plaintiff's Amended Complaint. No prejudice will come to Plaintiff as a result of this court

granting Defendant's motion.

WHEREFORE, Defendant requests this court to enter an order granting an extension to September 30, 2008, to answer or otherwise plead in response to Plaintiff's Amended Complaint.

Respectfully submitted,

**/s/ *Gail L. Reich***
GAIL L. REICH
Assistant Corporation Counsel
Attorney for Defendant Zachary Cuatchon
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564