IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS CONNOR, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 08 C 0086 |
| v. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE COX |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:   Marcus Connor
R-03139
Western-WST
2500 Rt. 99 South
Mt. Sterling, IL 62353

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion for Extension of Time to Answer or Otherwise Plead.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 7th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

     **DATED** at Chicago, Illinois July 31, 2008.

                                                            Respectfully submitted,

                                                         /s/ Gail L. Reich
                                                         Gail L. Reich
                                                         Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Motion for Extension of Time to Answer or Otherwise Plead via electronic filing and U.S. Mail** to the persons named in the foregoing Notice at the addresses therein shown, on July 31, 2008.

/s/ Gail Reich
Gail Reich
Assistant Corporation Counsel