## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0086 | **DATE** | August 20, 2008 |
| **CASE TITLE** | Marcus Conner (R-03139) (2007-0067573) v. Officer Cautch | | |

**DOCKET ENTRY TEXT:**

In response to plaintiff's letter [20], the clerk is directed to forward a copy of the Court's 3/28/08 and 8/5/08 orders [13], [23] to plaintiff at 2325 West Warren, Apt. B, Chicago, IL 60612, Cook County Jail, the last known address for plaintiff. Plaintiff is reminded to file a notice of a change of address should his location change.

Docketing to mail notices.

| | isk |
|---|---|